In the matter of ELIZABETH COOPER, Widow, on a claim of dower, &c.

*MATTER OF COOPER.*

*Notice in writing of an application to the Surrogate, for the appointment of admeasurers of dower, must be given to the parties interested in the land; otherwise the proceedings will be set aside as irregular. But no costs are allowed on a motion in this court, for that purpose.*

*SUFFERN* moved to set aside the proceedings before the Surrogate of *Rockland* county, as to the admeasurement of *dower*, under the *acts concerning dower*, and the act supplementary thereto. (1 *N. R. L.* 56. 60. 61. sess. 10. ch. 168.)

Notice of the motion had been served on the widow, which stated the several grounds on which the application was to be made; some of these were, that the proceedings before the Surrogate were *ex parte*, without any legal notice to the parties interested in the land, of the application to the surrogate; that no citation was issued by the Surrogate to the parties interested, to show cause against the appointment of admeasurers of dower.

The counsel cited *Rathbun* v. *Miller*, (6 *Johns. Rep.* 282.) It appeared from the affidavits read, that the parties were verbally informed, on the 28th of *June*, by the person employed by the widow to obtain her dower, that he should apply to the Surrogate on the 2d of *July*, for the appointment of commissioners to assign her dower; but none of the parties appeared before the Surrogate, who, on that day, without any citation or further notice, appointed admeasurers.

*Drake*, contra, contended, that there was sufficient notice in this case, and cited the case of *Watkins*, (9 *Johns. Rep.* 245.)

*Per Curiam.* The notice in this case was not sufficient. The application to the Surrogate is a legal proceeding, affecting the rights of the parties interested in the land, who ought, therefore, to be duly apprised of it. On general principle, the notice ought to be in writing, and the want of it is a fatal objection to these proceedings. The motion must be granted, but without costs, as it is not a case within the statute relative to costs.

Motion granted accordingly.